**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| **JASON OCAMPO**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OLD DOMINION FREIGHT LINE, INC.**, a Virginia Corporation,<br><br>Defendant. | **Case No. 2:18-cv-01875-MJP**<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

**NOTICE OF ERRATA**

Plaintiff Jason Ocampo respectfully submits this errata to his Class Action Complaint for Unpaid and Wrongfully Withheld Damages ("Complaint"), which was initially filed on November 29, 2018 in King County Superior Court, and was removed to this Court on December 28, 2018, at Docket No. 1, in order to correct an inadvertent typographical error.

Specifically, at page 2, line 18, the Complaint alleges that the Plaintiff was employed on

NOTICE OF ERRATA; Case No. 2:18-cv-01875-MJP - 1

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
TACOMA, WASHINGTON 98406-5338
Tel: (253) 212-7913
Fax: (253)276-0081

a "per-trip" piece-rate compensation basis, when, in fact, he was employed on a "per-mile" piece-rate compensation basis. Plaintiff makes no other changes. Accordingly, the language "per-trip" on the referenced page and line should be replaced with "per-mile."

Dated this 31st day of January, 2019.

Respectfully submitted,
India Lin Bodien, Attorney at Law
Ackermann & Tilajef, P.C.

_____
By: India Lin Bodien, WSBA #44898
INDIA LIN BODIEN, ATTORNEY AT LA W
2522 North Proctor Street, #387
Tacoma, Washington 98406-5338
Telephone: (253) 212-7913
Fascimile: (253)276-0081
india@indialinbodienlaw.com

Craig J. Ackermann, WSBA #53330
Brian Denlinger, WSBA #53177
ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@ackermanntilajef.com
bd@ackermanntilajef.com

NOTICE OF ERRATA; Case No. 2:18-cv-01875-MJP - 2

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
TACOMA, WASHINGTON 98406-5338
Tel: (253) 212-7913
Fax: (253)276-0081

# CERTIFICATE OF SERVICE

I, Marae Slyter, declare under penalty of perjury under the laws of the State of Washington that, on the 31st day of January, 2019, for the case *Jason Ocampo v. Old Dominion Freight Line, Inc.*, Case No. 2:18-cv-01875-MJP, I caused to be delivered to the following addresses a copy of Notice of Errata to Plaintiff's Class Action Complaint, in the manner indicated below:

| | |
|---|---|
| Kasey D. Huebner, Esq. | [X] By Filing with CM/ECF |
| MILLS MEYERS SWARTLING | [X] By US MAIL |
| 1000 2nd Avenue, 30th Floor | [ ] By Legal Messenger |
| Seattle, WA 98104 | [ ] By Facsimile |
| khuebner@millsmeyers.com | [X] By Email |
| *Attorney for Defendant* | |

| | |
|---|---|
| Matthew C. Kane, Esq. | [X] By Filing with CM/ECF |
| Amy E. Beverlin | [X] By US MAIL |
| MCGUIREWOODS, LLP | [ ] By Legal Messenger |
| 1800 Century Park East, 8th Floor | [ ] By Facsimile |
| Los Angeles, CA 90067 | [X] By Email |
| mkane@mcguirewoods.com | |
| abeverlin@mguirewoods.com | |
| *Attorneys for Defendant* | |

Dated this 31st day of January, 2019, at Tacoma, Washington.

_____
Marae Slyter
*Legal Assistant for Ackermann & Tilajef, P.C.*

INDIA LIN BODIEN, ATTORNEY AT LAW
India Lin Bodien, Bar No 44898
Attorney for Plaintiff
2522 North Proctor St. #387
Tacoma, WA 98406
P: (253) 212-7913
F: (253) 276-0081
india@indialinbodienlaw.com

ACKERMANN & TILAJEF, P.C.

NOTICE OF ERRATA; Case No. 2:18-cv-01875-MJP - 3

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
TACOMA, WASHINGTON 98406-5338
Tel: (253) 212-7913
Fax: (253)276-0081

Craig J. Ackerman, Bar No 53330
Brian Denlinger, Bar No 53177
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
cja@ackermanntilajef.com
bd@ackermanntilajef.com

*Attorneys for Plaintiff and the Putative Class*

NOTICE OF ERRATA; Case No. 2:18-cv-01875-MJP - 4

INDIA LIN BODIEN, ATTORNEY AT LAW
2522 NORTH PROCTOR STREET #387
TACOMA, WASHINGTON 98406-5338
Tel: (253) 212-7913
Fax: (253)276-0081