The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON OCAMPO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OLD DOMINION FREIGHT LINE, INC., a Virginia corporation,<br><br>Defendant. | No. 2:18-cv-01875-MJP<br><br>**ORDER PERMITTING WITHDRAWAL OF ATTORNEY FOR DEFENDANT OLD DOMINION FREIGHT LINE, INC.** |

This matter comes before the Court on the Parties' Stipulation to Permit Withdrawal of Attorney for Defendant Old Dominion Freight Line, Inc.

The Court has considered the records and files herein, including the Parties' Stipulation. Based upon the foregoing, IT IS ORDERED that Kasey D. Huebner be and hereby is formally withdrawn as counsel for Defendant Old Dominion Freight Line, Inc. in the above-captioned case.

DATED this 29th day of July 2019.

_____
Marsha J. Pechman
United States District Judge

ORDER PERMITTING WITHDRAWAL
OF ATTORNEY - 1
2:18-cv-01875-MJP

WINTERBAUER & DIAMOND PLLC
1200 Fifth Avenue, Suite 1910
Seattle, Washington 98101
Telephone: (206) 676-8440