# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JASON L OCAMPO,<br><br>    Plaintiff,<br><br> v.<br><br>OLD DOMINION FREIGHT LINE INC,<br><br>    Defendant. | CASE NO. C18-1875 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On January 29, 2021, the parties submitted a joint status report proposing that the stay issued on February 5, 2019 remain in effect for another 90 days. (Dkt. No. 18.) That time has expired. The parties are directed to meet and confer and submit to the Court a joint status report within 14 days of this order.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 25, 2021.

William M. McCool
Clerk of Court

Paula McNabb
Deputy Clerk

MINUTE ORDER - 2