UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON L OCAMPO,<br><br>    Plaintiff,<br><br> v.<br><br>OLD DOMINION FREIGHT LINE INC,<br><br>    Defendant. | CASE NO. C18-1875 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Taking note of the Parties' recent Joint Status Report (Dkt. No. 20), the stay remains in effect for 90 days from the date of this Order. The Parties are directed to file a joint status report before the stay expires.

The clerk is ordered to provide copies of this order to all counsel.

Filed July 20, 2021.

                Ravi Subramanian
                Clerk of Court

MINUTE ORDER - 1

s/[Case Admin].
Deputy Clerk