1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
9                   AT SEATTLE

10   JASON L OCAMPO, individually and        CASE NO. C18-1875 MJP
     on behalf of all others similarly
11   situated,                                ORDER EXTENDING STAY

12                     Plaintiffs,

13          v.

14   OLD DOMINION FREIGHT LINE
     INC,
15
                       Defendant.
16

17     This matter is before the Court on the Parties' joint status report.  (Dkt. No. 23.)  This is a

18 proposed class-action for unpaid and wrongfully withheld wages filed by a truck driver.  (Dkt.

19 No. 1.)  This case has been stayed because dispositive legal issues in separate cases were before

20 the Washington Supreme Court, on a certified question, and on petition for review to the Ninth

21 Circuit, which was denied, and on petition for certiorari to the Supreme Court.  (See Dkt. Nos. 9,

22 21.)  The Parties ask to extend the stay for another 90 days so they can discuss settlement in light

23 of the Supreme Court's denial of certiorari, on October 4, 2021.  (Dkt. No. 23.)  Having

24

ORDER EXTENDING STAY - 1

considered the Parties' positions and finding good cause, the Court treats the report as a stipulated motion, GRANTS the motion, and EXTENDS the stay for an additional 90 days. This will be the only stay for the purpose of settlement negotiation. The Parties are directed to submit a joint status report before the stay expires with a proposed plan for what issues, if any, remain, and are further directed to contact the Court immediately if they reach a settlement.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 15, 2021.

Marsha J. Pechman
United States Senior District Judge