1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| Jason L Ocampo, | CASE NO. C18-1875 |
|---|---|
| Plaintiff, | ORDER EXTENDING STAY |
| v. | |
| Old Dominion Freight Line Inc, | |
| Defendant. | |

This matter is before the Court on the parties' joint status report of January 13, 2022. (Dkt. No. 25.) The parties ask the existing stay to be extended because a case before the Ninth Circuit may decide an issue that would likely affect the viability of Plaintiff's claims. (Id. at 2 (citing Valiente v. Swift, Case No. 21-55456).) The Court GRANTS the request. The stay is EXTENDED to September 1, 2022. The parties shall file a joint status report by September 1, 2022 or within 10 days of the Ninth Circuit's decision in Valiente v. Swift, whichever is earlier.

The clerk is ordered to provide copies of this order to all counsel.

//

//

ORDER EXTENDING STAY - 1

Dated March 7, 2022.

Marsha J. Pechman
United States Senior District Judge

ORDER EXTENDING STAY - 2